AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Emilien Haly<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)         6:24-mj-<br>)<br>) **24-6441-MJ-STRAUSS**<br>)<br>) |

FILED BY ___AT___ D.C.

**Sep 9, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 9, 2024__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Making a False Statement in an Immigration Document |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sean McCarthy, Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 9/7/24

_____
*Judge's signature*

City and state: Orlando, FL

Leslie Hoffman Price, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA          CASE NO.

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Sean McCarthy, after being duly sworn, depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations ("HSI"), currently assigned to Fort Pierce, Florida and have been employed as an HSI Special Agent since 2018. I am a criminal investigator and law enforcement agent of the United States within the meaning of 18 U.S.C. § 2510(7), who is empowered by federal law to conduct investigations and make arrests for offenses enumerated in Title 18 of the United States Code. I am also cross designated to conduct investigations and make arrests for offenses enumerated in Title 21 of the United States Code.

2. Prior to joining HSI, I worked for four years at the U.S. Customs and Border Protection Office of Field Operations in Blaine, Washington. I have completed the Criminal Investigator Training Program, the Immigration and Customs Enforcement HSI Special Agent Training Program and the United States Customs Service Inspector Basic Training Course at the Federal Law Enforcement Training Center. As a Special Agent with HSI, I currently investigate individuals and criminal entities involved in alien smuggling, human trafficking, and the illegal

importation of controlled substances and firearms, in violation of Title 18 and Title 21 of the United States Code. Through my training and experience, I am familiar with the use of electronic devices to further illicit activities. I have participated in numerous surveillances, arrests, and debriefings of smugglers, traffickers, and illegal immigrants. Through my investigative experience, I know persons engaged in illicit activity communicate through encrypted web-based messaging applications such as WhatsApp. I also know that members of transnational criminal organizations utilize false statements and fraudulent representations to gain legal status in the United States.

3. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included every fact known to me as it relates to this matter. As set forth below, I respectfully submit there is probable cause to believe **EMILIEN HALY**, under the penalty of perjury, made false statements in an immigration document, in violation of 18 U.S.C. § 1546(a) and 28 U.S.C. § 1746.

## PROBABLE CAUSE

4. In July 2024, HSI Special Agents in Nassau, The Bahamas, and St. Lucie County, Florida, launched a criminal investigation into the reported disappearance of several dozen Haitian Nationals onboard a fishing vessel destined for the United States. On or about July 4, 2024, approximately 60 migrants, in Abaco, The Bahamas, boarded a Bahamian registered vessel destined for Fort Pierce, St. Lucie County, Florida. During the voyage, communication between passengers

2

onboard the vessel and persons in The Bahamas, and in the United States, ceased. The vessel was expected to land during the early morning hours of July 5, 2024. The vessel failed to land. Beginning on or about July 6, 2024, the United States Coast Guard received missing person reports regarding migrants believed to be onboard the vessel. Subsequent search and rescue attempts were met with negative results. The vessel and its passengers have since been declared lost at sea.

5. During the investigation, HSI Special Agents identified **HALY** as the registered owner of the missing vessel. **HALY** is a Haitian national and permanent resident of The Bahamas. Through a review of previously reported migrant smuggling events, HSI Special Agents have associated **HALY** with two separate smuggling incidents. Specifically, in October 2022, **HALY**'s name appeared in a report concerning the interception of 98 migrants onboard a vessel in international waters. In April 2023, 54 migrants were intercepted on a vessel owned by **HALY**, in international waters just east of Palm Beach County, Florida. Through further review of the April 2023 incident, law enforcement identified at least three vessels owned by **HALY**. During this instant investigation, law enforcement received reports that the name of the missing vessel was "Gomatta." According to prior law enforcement reports and a search of vessel registration documents, **HALY** is the registered owner of the Gomatta.

6. Shortly after the Gomatta disappeared, **HALY** flew from The Bahamas to Miami International Airport, on a roundtrip ticket. On July 6, 2024, **HALY**

arrived in the United States. **HALY**'s return flight to The Bahamas was scheduled to depart, from Miami, on July 20, 2024. **HALY** did not board the flight back to The Bahamas.

7. Since July 6, 2024, **HALY** has submitted documentation to change his immigration status in the United States. On July 9, 2024, under the penalty of perjury, **HALY** completed USCIS Form I-821, Application for Temporary Protected Status ("TPS"). I have reviewed **HALY**'s TPS application. After **HALY** submitted the Form I-821 to USCIS, HSI Nassau Special Agents reviewed **HALY**'s immigration documents and criminal history in The Bahamas. Based on a comparison of records, I have determined that **HALY** made materially false and fraudulent statements and entries on Form I-821, in violation of federal law.

8. On July 9, 2024, **HALY** used an electronic device to submit Form I-821 to a government agency. On the submitted Form I-821, **HALY** represented that he was single, never married. According to marriage certificate 161480, **HALY** married E.L., in The Bahamas, on April 30, 2005. On submitted Form I-821, **HALY** knowingly and willfully omitted his immigration status in The Bahamas. Specifically, he was asked to list his immigration status in any other country, including any lawful permanent residency. **HALY** left that question blank, indicating that he had no such status or lawful permanent residency. On August 23, 2023, **HALY** was issued a Commonwealth of The Bahamas Certificate of Permanent Residence, which bears **HALY**'s name and photo. I have reviewed the same and I

4

can confirm that an image depicting **HALY** is clearly affixed on the permanent residence certificate. Furthermore, on Form I-821, **HALY** denied having ever been accused of committing a law violation in any country. According to arrest reports in The Bahamas, **HALY** was arrested and jailed between April 4, 2018, and November 29, 2018, for harboring illegal persons. On July 9, 2024, **HALY** certified his Form I-821 entries. Before certifying and submitting his TPS application, **HALY** indicated he understood every question and instruction. Form I-821 was submitted to USCIS after **HALY** acknowledged that his statements and entries, under the penalty of perjury, were complete, true, and correct.

9. I have reviewed **HALY's** bank records documenting his whereabouts within the State of Florida, at or near the time Form I-821 was electronically submitted to USCIS. These bank records show debit charges in Orlando immediately before and immediately after he submitted the Form I-821 on July 9, 2024. **HALY** also opened a new bank account at the Florida Mall Regions Bank in Orlando just before he submitted the Form I-821, and he attached documentation of that new bank account to his Form I-821 as a means of identification supporting his application. Further, records from the Florida Department of Highway Safety and Motor Vehicles, (DHSMV), indicate that **HALY** resides in Orlando, Florida. Specifically, an Orlando residential address is listed on his Class E temporary driver's license, which was issued on July 23, 2024.

10. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that **EMILIEN HALY**, under the penalty of perjury, made false statements in an immigration document, in violation of 18 U.S.C. § 1546(a) and 28 U.S.C. § 1746.

_____
Sean McCarthy, Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate via telephone or other reliable electronic means consistent with the Federal Rules of Criminal Procedure 4.1 and 41(d)(3), this ___ day of September, 2024.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge

6